IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21 CR 3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MANUEL GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO CONTINUE JURY TRIAL

Comes now the Defendant, by and through counsel and moves the Court to continue the trial in this matter for the following good and sufficient reasons;

1) The case is not ready for trial.

2) That the Defendant's counsel has recently received additional discovery that needs to be reviewed with the Defendant.

3) That the government has no objection to this request.

WHEREFORE, the Defendant prays for an order accordingly.

                                                MANUEL GONZALEZ, Defendant

                                                *s/Robert B. Creager*
                                                Robert B. Creager # 15370
                                                ANDERSON, CREAGER &
                                                 WITTSTRUCK, P.C.
                                                1630 K Street
                                                Lincoln, NE  68508
                                                (402) 477-8800
                                                (402) 477-8868 (fax)
                                                rcreager@acwlaw.org

CERTIFICATE OF SERVICE

I certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Sara Fullerton, AUSA

*s/Robert B. Creager*