IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANUEL J. GONZALEZ,<br><br>　　　　　　Defendant. | 4:21CR3137<br><br>MOTION FOR WRIT OF<br>HABEAS CORPUS<br>AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Nebraska State Penitentiary, Lincoln, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable John M. Gerrard for trial beginning on or after May 16, 2022, at 9:00 a.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Nebraska State Penitentiary and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　　　　Petitioner

　　　　　　　　　　　　　　　　　　　　JAN W. SHARP
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By:　*/s/ Sara E. Fullerton*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SARA E. FULLERTON #18314
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney